**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   Shon Bersch &   :   Chapter 13
          Jennifer Bersch

DEBTOR   :   Bankruptcy No.   19-17019-mdc

**ORDER**

AND NOW, this   9th   day of   February   2023, upon consideration of Debtor's Counsel's Application to Approve Supplemental Compensation.

It is **ORDERED** that the Application is GRANTED and that supplemental compensation of **$800.00** is **ALLOWED** to Cibik Law, P.C.   The Chapter 13 Trustee may pay the allowed amount as an administrative expense to the extent provided in the confirmed plan.

By the Court:

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge