Certificate Number: 16339-PAE-DE-039111251

Bankruptcy Case Number: 19-17019



16339-PAE-DE-039111251

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 30, 2024, at 2:13 o'clock PM EST, Shon Bersch completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: November 30, 2024

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor