Certificate Number: 16339-PAE-DE-039111252

Bankruptcy Case Number: 19-17019



16339-PAE-DE-039111252

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 30, 2024</u>, at <u>2:13</u> o'clock <u>PM EST</u>, <u>Jennifer Bersch</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 30, 2024</u>           By:    <u>/s/Kelley Tipton</u>

                                         Name:  <u>Kelley Tipton</u>

                                         Title: <u>Certified Financial Counselor</u>