United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17019-amc |
| Shon J. Bersch | Chapter 13 |
| Jennifer A. Bersch | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 02, 2024 | Form ID: 138OBJ | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shon J. Bersch, Jennifer A. Bersch, 120 Providence Trail, Apt. 3103, Mount Juliet, TN 37122-6542 |
| 14418458 | + | AES/BELA-US Bank, 2500 Broadway, PO Box 203101, Helena, MT 59620-3101 |
| 14439439 | + | BELA - US Bank, PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14418466 | + | Sofi Lending Corp., One Letterman Dr., Bldg. A 4700, San Francisco, CA 94129-1494 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 03 2024 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 03 2024 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14418459 | + | Email/Text: bncnotifications@pheaa.org | Dec 03 2024 00:04:00 | AES/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14418460 | | Email/Text: mrdiscen@discover.com | Dec 03 2024 00:04:00 | Discove Financial Services, LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 14422137 | | Email/Text: mrdiscen@discover.com | Dec 03 2024 00:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14485063 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 03 2024 00:04:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14418461 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 03 2024 00:13:38 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 14434740 | + | Email/Text: RASEBN@raslg.com | Dec 03 2024 00:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14489801 | | Email/PDF: bncnotices@becket-lee.com | Dec 03 2024 00:14:16 | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14418462 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 03 2024 00:04:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14418463 | | Email/Text: EBN@Mohela.com | Dec 03 2024 00:04:00 | Mohela Student Loans, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14420792 | | Email/Text: EBN@Mohela.com | Dec 03 2024 00:04:00 | US Department of Education/MOHELA, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14418464 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 03 2024 00:04:00 | Nissan Motor Accept. Corp., PO Box 9001132, Louisville, KY 40290-1132 |
| 14420689 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 03 2024 00:04:00 | Nissan Motor Acceptance, POB 660366, Dallas, |

| | | | | |
|---|---|---|---|---|
| | | | | TX 75266-0366 |
| 14441459 | + | Email/Text: bncnotifications@pheaa.org | Dec 03 2024 00:04:00 | PHEAA TRUST ELT M&T, c/o PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14418465 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 03 2024 00:04:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14453614 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2024 00:14:12 | SoFi Lending Corp, C/O Resurgent Capital Services, PO BOX 10587, Greenville, SC 296030587 |
| 14418467 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 03 2024 00:04:00 | Verizon, 500 Technology Drive, Suite 300, Saint Charles, MO 63304-2225 |
| 14418468 | + | Email/Text: bkfilings@zwickerpc.com | Dec 03 2024 00:04:00 | Zwicker & Associates, P.C., 3220 Tillman Dr., Ste. 215, Bensalem, PA 19020-2028 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14485066 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 04, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com   philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Shon J. Bersch help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Jennifer A. Bersch help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 138OBJ* (6/24)−doc 58 − 50

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
  Shon J. Bersch ) Case No. 19−17019−amc
)
)
  Jennifer A. Bersch ) Chapter: 13
  aka Jennifer A. Adiletto )
  Debtor(s). )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 2, 2024                       For The Court

                                                                                    Timothy B. McGrath
                                                                                    Clerk of Court